**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| GEORGE PALLAS, Derivatively on Behalf of Nominal Defendant LUCENT TECHNOLOGIES, INC., : : : | Case No. 02-2460 (JAP) |
|       Plaintiff, : | |
|   v. : : | |
| HENRY B. SCHACHT, PAUL A. ALLAIRE, CARLA A. HILLS, DONALD K. PETERSON, FRANKLIN A. THOMAS, JOHN A. YOUNG, DEBORAH C. HOPKINS and RICHARD A. MCGINN, : : : : : | |
|       Defendants, : | |
|   -and- : | |
| LUCENT TECHNOLOGIES, INC., a Delaware Corporation, : : | |
|       Nominal Defendant. : | |

---

| | |
|---|---|
| EVA COOPER, Derivatively on Behalf of Nominal Defendant LUCENT TECHNOLOGIES, INC., : : : | Case No. 02-4260 (JAP) |
|       Plaintiff, : | |
|   v. : : | |
| HENRY B. SCHACHT, PAUL A. ALLAIRE, CARLA A. HILLS, DONALD K. PETERSON, FRANKLIN A. THOMAS, JOHN A. YOUNG, DEBORAH C. HOPKINS and RICHARD A. McGINN, : : : : : | |
|       Defendants, : | |
|   -and- : | |
| LUCENT TECHNOLOGIES, INC., a Delaware Corporation, : : | |
|       Nominal Defendant. : | FINAL ORDER MODIFYING COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT |

OF EXPENSES

Before the Court is a Petition for attorney's fees and reimbursement of expenses filed in this consolidated matter by several firms: Greenfield & Goodman, LLC and Schiffrin & Barroway, LLP ("Co-Lead Derivative Counsel"); Trujillo Rodriguez & Richards LLC ("Liaison Counsel"); Donovan Searles, LLC and Weinstein Kitchenoff Scarlato & Goldman Ltd. ("Other Derivative Counsel"). Collectively, the Court refers to all of these firms as "Derivative Counsel."

Having considered all of the written submissions on this matter from the parties, and having held a Fairness Hearing on December 12, 2003 regarding the proposed settlement and the fee petition in this consolidated matter, and for the reasons expressed in the Court's accompanying Opinion,

IT IS

ON this 19th day of July, 2004

ORDERED that the Petition for fees and expenses is modified; and it is further

ORDERED that Derivative Counsel is awarded attorney's fees in the amount of $2.38 million; and it is further

ORDERED that Derivative Counsel is awarded $70,292.33 as reimbursement for expenses and costs; and it is further

ORDERED that this is a final judgment, and these cases, *Pallas*, 02-2460 (JAP) and *Cooper*, 02-4260 (JAP) are CLOSED.

S/ JOEL A. PISANO, U.S.D.J.

Original:   Clerk of the Court
cc:         All parties
            File